| Return | |
|---|---|
| Case No:<br>2:20-MJ-00905 | Date and time warrant served on provider:<br>Feb. 27, 2020 at 6:51 P.M. |

Inventory made in the presence of:

Inventory of data seized:
[Please provide a description of the information produced.]

1) Call Logs
2) Media Content
3) Text Message Content
4) Subscriber Information
5) IP Logs

**Certification**

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: Feb. 27, 2020

*Executing officer's signature*
Uriel Acosta / Special Agent
Printed name and title